**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Corey Lemar WRIGHT, Defendant-Appellant.**

**No. 16-11615**
**Non-Argument Calendar**

United States Court of Appeals;
Eleventh Circuit.

Date Filed: 11/10/2016

Sivashree Sundaram, Miesha Shonta Darrough, Wifredo A. Ferrer, Jamie Galvin, Assistant U.S. Attorney, Daren Grove, Andrea G. Hoffman, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Corey Lemar Wright, Pro Se

Before HULL, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Corey Lemar Wright appeals *pro se* the denial of his third motion to reduce his sentence. 18 U.S.C. § 3582(c)(2). Wright moved for a reduction based on Amendment 782 of the Sentencing Guidelines. We affirm.

The district court did not err by denying Wright's motion. Wright pleaded guilty to possessing with intent to distribute cocaine base, *see* 21 U.S.C. § 841(a)(1), (a)(2), and the district court sentenced him to five years of imprisonment. Because Wright's sentence was based on the statutory mandatory minimum, *see* United States Sentencing Guidelines Manual § 5G1.1(b), not on the drug quantity tables, *see id.* § 2D1.1, he was ineligible for a reduction of his sentence under Amendment 782, *see id.* § 1B1.10 cmt n.1(A). The district court lacked authority to reduce Wright's sentence.

We **AFFIRM** the denial of Wright's motion to reduce.